**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| v. ) | **CASE NO. 5:19-CR-37 (MTT)** |
| ) | |
| **LIZERICKA WOOLFOLK,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**ORDER**

Upon consideration of the defendant's request for appointment of counsel to assist with her pending motion for compassionate release (Doc. 171), and upon consideration that the defendant is presently incarcerated, the Court has determined that the defendant is financially unable to obtain adequate legal representation. Based on the facts alleged in the defendant's pro se motion, the Court finds that it is appropriate to appoint the defendant counsel to assist with the pending motion for compassionate release.

Accordingly, the Federal Defenders of the Middle District of Georgia, Inc. is appointed to represent and assist the defendant with her pending motion for compassionate release (Doc. 171).

**SO ORDERED**, this 22nd day of December, 2021.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT